1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT TUNSTALL,                         No.  2:15-cv-1806 CKD P

12                Plaintiff,

13         v.                                   ORDER

14    ROBERT FOX,

15                Defendant.

16

17         Plaintiff, a state prisoner, has filed a two-page letter to the court with over one hundred

18    pages of attachments, in which he states that he "filed a complaint with your Office against

19    Warden Robert Fox and his Subordinate."  (ECF No. 1.)  It is not clear if plaintiff is referring to

20    an action previously filed in this court.

21         In order to commence a new action, plaintiff must file a complaint as required by Rule 3

22    of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file

23    an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a),

24    1915(a).  (See ECF No. 3.)  Except as to plaintiff's request for "protection," discussed below, the

25    court will not issue any orders granting or denying relief until an action has been properly

26    commenced.

27    ───────────────────────

28    [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
      but will be allowed to pay it in installments.

                                              1

1    Plaintiff has filed a motion for appointment of counsel in which he asserts that prison staff

2    – apparently at California Medical Facility, where plaintiff was recently housed – were assaulting

3    him and he feared for his life.  (ECF No. 4.)  Plaintiff states that he has "now been transferred

4    back" to California State Prison – Sacramento, where he was assaulted by another person.  (Id.)

5    Plaintiff provides no details about the CSP-Sacramento assault or its timing.  As plaintiff has not

6    filed a valid complaint, has not paid the filing fee, and does not appear from these statements to

7    be in imminent danger, the court will take no action based on this filing, except to deny plaintiff's

8    premature motion for counsel.

9    Plaintiff will be provided the opportunity to file his complaint, and to submit an

10   application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

11   In accordance with the above, IT IS HEREBY ORDERED that:

12   1.  Plaintiff's motion for appointment of counsel (ECF No. 4) is denied;

13   2.  Plaintiff is granted thirty days from the date of service of this order to file a complaint

14   that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

15   and the Local Rules of Practice; the complaint must bear the docket number assigned this case;

16   plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within

17   thirty days from the date of this order, the application to proceed in forma pauperis on the form

18   provided by the Clerk of Court, or the filing fee in the amount of $400.00.  Plaintiff's failure to

19   comply with this order will result in a recommendation that this matter be dismissed;

20   3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil

21   rights action, and the application to proceed in forma pauperis by a prisoner; and

22   4.  The October 5, 2015 order (ECF No. 3) is VACATED, as plaintiff's deadline to submit

23   an IFP application or the filing fee has been extended per the instant order.

24   Dated:  October 19, 2015

25   _____

     CAROLYN K. DELANEY

26   UNITED STATES MAGISTRATE JUDGE

27

28   2 / tuns1806.Nocompl

2