UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., | No. 2:15-cv-1806 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| ROBERT FOX, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

By order filed October 19, 2015, plaintiff was ordered to file a proper complaint within thirty days or face dismissal of this action. That period has passed, and plaintiff has not filed a complaint or otherwise responded to the court's order. Nor has plaintiff filed a complete application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).

4  Dated: December 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / tuns1806.fta_fr