UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., | No. 2:15-cv-1806 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, | |
| Defendant. | |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. (ECF No. 9.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: December 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/tuns1806.59